CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
9/19/2023
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| **RICHARD BALL AND PATRICIA BALL,** | ) ) ) |
| Plaintiffs, | ) Civil Action No. 1:23-cv-00006 ) |
| v. | ) By: Hon. Robert S. Ballou ) United States District Judge |
| **WELLS FARGO BANK, N.A.,** | ) ) |
| Defendant. | ) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, Wells Fargo's motion to set aside the entry of default is **GRANTED**. Wells Fargo is **ORDERED** to pay the Balls' costs and attorney's fees incurred in pursuing the motions for entry of default, to set aside the entry of default, and for default judgment. The Balls' motion for default judgment is **DENIED as moot**. The Balls' motion for temporary restraining order is also **DENIED**.

It is **SO ORDERED**.

Entered:  September 19, 2023

*Robert S. Ballou*

Robert S. Ballou
United States District Judge