UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| RICHARD BALL, and<br>PATRICIA BALL | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No.: 1:23-cv-00006 |
| | ) |
| WELLS FARGO BANK,<br>NATIONAL ASSOCIATION | )<br>) |
| | ) |
| Defendants. | ) |

### ORDER

This matter comes before the Court on Plaintiff's Stipulation of Dismissal with prejudice. Dkt. 47. Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby **ORDERED** that this action against Defendant Wells Fargo Bank, N.A. is dismissed by stipulation with prejudice.

This matter is **STRICKEN** from the active docket of the Court.

Entered: February 2, 2024

*Robert S. Ballou*

Robert S. Ballou
United States District Judge